**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        415.522.2000


**April 30, 2008**

**CASE NUMBER:  CV 08-02165 EMC**
**CASE TITLE:  CRAIG YATES-v-TWICE IS NICE**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Susan Illston** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 4/30/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                        Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 4/30/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA