IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,　　　　　　　　　　　　　　　　　No. C 08-02165SI

　　　　　Plaintiff,　　　　　　　　　　　　　　　　**NOTICE**

　v.

TWICE IS NICE,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　　　/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT counsel shall comply with the schedule order (Doc. #2) issued by Judge Chen.  No changes shall be made because of the reassignment of this case to Judge Illston.

Dated: May 5, 2008　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk



　　　　　　　　　　　　　　　　　　　　　　　　Tracy Sutton
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　　　(