THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH
*A Professional Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs
CRAIG YATES and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TWICE IS NICE; RONALD ANDREWS,<br><br>Defendants. | Case No.: CV-08-02165 SI<br><br>WAIVER OF SERVICE OF PROCESS |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Defendant RONALD ANDREWS is represented by the law firm of Stubbs & Leone, and attorney of record, Kathleen Darmagnac. On Mr. Andrews behalf, Ms. Darmagnac specially appears herein to acknowledge receipt of plaintiffs' request that defendant Ronald Andrews waive service of a summons in the action of Yates, et al. v. Twice is Nice; Ronald Andrews, which is case number *CV-08-02165 SI* in the United States District Court for the Northern District of California. We have received a copy of the Amended Complaint for Injunctive Relief and Damages.

We further agree to save the cost of service of a summons and an additional copy of the complaint and the scheduling orders in this lawsuit by not requiring that

1  defendant Ronald Andrews be served with judicial process in the manner provided by
2  Rule 4.
3      Defendant Ronald Andrews retains all defenses or objections to the lawsuit or to
4  the jurisdiction and venue of the court except for objections based on defects in the
5  summons or in the service of the summons and complaint.
6      Defendant Ronald Andrews understands that a judgment may be entered against
7  him if an answer or motion under Rule 12 is not served within 60 days after June 10,
8  2008.

Dated: June 10, 2008

STUBBS & LEONE

_____
KATHLEEN DARMAGNAC, ESQ.
Attorneys for Defendant
RONALD ANDREWS

Dated: June 10, 2008

THOMAS E. FRANKOVICH

_____
THOMAS E. FRANKOVICH, ESQ.
Attorneys for Plaintiffs CRAIG YATES and
DISABILITY RIGHTS, ENFORCEMENT,
EDUCATION, SERVICES: HELPING YOU
HELP OTHERS

CV-08-02165 SI Yates, et al v. Twice is Nice; Ronald Andrews
WAIVER OF SERVICE OF PROCESS                    2