1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:  415/674-8600
4  Facsimile:  415/674-9900

5  Attorneys for Plaintiffs CRAIG YATES
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 CRAIG YATES, an individual; and          )  CASE NO. CV 08-02165 SI
   DISABILITY RIGHTS, ENFORCEMENT,          )
11 EDUCATION, SERVICES:HELPING              )  STIPULATION OF DISMISSAL AND
   YOU HELP OTHERS, a California public     )  [PROPOSED] ORDER THEREON
12 benefit corporation,                     )
                                            )
13       Plaintiffs,                        )
                                            )
14 v.                                       )
                                            )
15 TWICE IS NICE; RONALD ANDREWS            )
                                            )
16       Defendant.                         )
                                            )
17

18       The parties, by and through their respective counsel, stipulate to dismissal of this action

19 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                    CV 08-2165-SI

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

Respectfully submitted,

Dated: 4/14/09, 2009

THOMAS E. FRANKOVICH,
A PROFESSIONAL LAW CORPORATION

By: _____
Thomas E. Frankovich
Attorneys for Plaintiffs CRAIG YATES and
DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

Dated: April 14, 2009

KATHLEEN DARMAGNAC, ESQ.
STUBBS & LEONE

By: _____
Kathleen Darmagnac
Attorneys for Defendant RONALD ANDREWS

## ORDER

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

Dated: _____, 2009

_____
HONORABLE SUSAN ILLSTON
United States District Judge of California